IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AMELIA SOLEM,

        Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

Civil Action No. 3:22-cv-00250-CL

**ORDER GRANTING AWARD OF
EAJA FEES, EXPENSES, COSTS**

CLARKE, Magistrate Judge.

Based on the Plaintiff's Petition and the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A), it is hereby ordered that EAJA attorney's fees of $6,832.80 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010) and 28 U.S.C. § 1920. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program, then the check for EAJA fees shall be paid to the Plaintiff and mailed to the attorney's office at the following address:

**Lisa R. Lang
Johnston Porter Law Office PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035**

It is so ORDERED and DATED this __8__ day of __May__, 2024.

                                                                         MARK D. CLARKE
                                                                         United States Magistrate Judge