LISA R. LANG, OSB NO. 025035
LISA LANG LAW LLC (*formerly Johnston Porter Law Office PC.*)
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 714-7579
Email: Lisa@jplawpc.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| AMELIA SOLEM<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER of Social Security,<br>        Defendant | Civil Action No. 3:22-cv-00250-CL<br><br><br><br>ORDER GRANTING AWARD<br>OF ATTORNEYS FEES UNDER<br>42 U.S.C. § 406(b) |

ORDER

Based upon the Plaintiff's Motion for an Award of Attorney's fees pursuant to 42 U.S.C. § 406(b) it is hereby:

ORDERED that Plaintiff is awarded attorney's fees in the amount of $28,016, minus $6,832.80 in EAJA fees received for a total amount of $21,183.20 withheld for Plaintiff's federal court attorneys fees.

It is FURTHER ORDERED that the Commissioner may pay Plaintiff's Counsel directly from Plaintiff's back benefits withheld, minus any applicable processing fees allowed by statute, and pay the Plaintiff the remainder of her past due benefits.

DATED this __3__ day of __December__, 2025.

_____
Mark D. Clarke
U.S. Magistrate Judge